FILED

MAY 17 2011

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

STEVEN MICHAEL GELD and
CHERYL G. GELD,

    Debtors.
_____/

Case No. 6:10-bk-15477-ABB
Chapter 7

## ORDER

This matter came before the Court on the Motion for Sanctions (Doc. No. 13) filed by the Debtors Steven Michael Geld and Cheryl G. Geld seeking the imposition of sanctions for violations of the automatic stay pursuant to 11 U.S.C. Section 362(k). A status conference was held on May 16, 2011 at which Mrs. Geld, Andrea G. Dwyer as counsel for the Debtors, and counsel for Andreu & Palma, P.L. appeared.

The Court set the status conference for May 16, 2011 at 3:00 p.m. pursuant to the Order entered on April 14, 2011 (Doc. No. 35) to address various deficiencies related to the Motion. The April 14, 2011 Order sets forth the numerous failings by the Debtors' counsel William J. Sanchez to prosecute the Motion and to respond to the Court's directives. Mr. Sanchez and Ms. Dwyer are employed by the Orlando law firm of Kaufman, Englett and Lynd, PLLC.

The hearing date of May 16, 2011 was specifically set based upon the Court's communications with Mr. Sanchez. Mr. Sanchez informed the Court he was available on May 16, 2011 and would appear at the hearing. The April 14, 2011 Order directed him to appear. The Debtors were not required to attend the hearing, but Mrs. Geld chose to attend the hearing to learn the status of the sanctions matter.

Mr. Sanchez failed to appear at the May 16, 2011 hearing despite the Court's directive he appear personally. Ms. Dwyer who appeared in his stead stated Mr. Sanchez was not present because he was attending to other matters.

The Motion for Sanctions has been pending since November 18, 2010. The Motion involves serious allegations against Unifund and its counsel Andreu & Palma, which, if true, may have caused the Debtors to suffer significant damages. The Court has been unable to adjudicate the Motion because of the numerous missteps and lack of diligence by Mr. Sanchez and his firm. Sanctions are due to be imposed against Mr. Sanchez and Kaufman, Englett and Lynd, PLLC pursuant to 11 U.S.C. Section 105(a) and the Court inherent powers.

Accordingly, it is

**ORDERED, ADJUDGED and DECREED** that, pursuant to 11 U.S.C. Section 105(a) and the Court's inherent powers, William J. Sanchez and the law firm of Kaufman, Englett and Lynd, PLLC are hereby barred from practicing before the United States Bankruptcy Court for the Middle District of Florida, including the filing of any papers and pleadings, unless and until this Court enters an order, or grants leave of Court on an emergency basis, authorizing William J. Sanchez and Kaufman, Englett and Lynd, PLLC to practice before the United States Bankruptcy Court for the Middle District of Florida; and it is further

**ORDERED, ADJUDGED and DECREED** that such practice prohibition shall not bar William J. Sanchez and the law firm of Kaufman, Englett and Lynd, PLLC from making any filings or appearances necessary for the adjudication of the above-captioned case; and it is further

**ORDERED, ADJUDGED and DECREED** that a copy of this Order shall be sent by the Court to the Florida State Bar.

Dated this 17th day of May, 2011.

ARTHUR B. BRISKMAN
United States Bankruptcy Judge